1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8
9     MARYLIN J. TAYLOR,

10                              Plaintiff,                    **Case No.** C07-5359 JKA

11                 v.

12    BROWN AND HALEY,

13                              Defendant.

14

15          Upon review of Motion to Amend Parties in Instant Case (Dkt#17) the court by this order directs the

16    parties and/or counsel to be present for a conference as provided for under FRCP 16.  The purpose of the

17    conference will be to clarify the purpose and intent of plaintiff's motion(Dkt#17) as well as to engage in early

18    neutral evaluation.

19          The Rule 16 conference is scheduled for:

20                 February 14, 2008 at 9:30 a.m.

21                 Chambers of U.S. Magistrate Judge, J. Kelley Arnold

22                 United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402

23

24

25                              January 25, 2008

26

27                              */s/ J. Kelley Arnold*
                                J. Kelley Arnold, U.S. Magistrate Judge

28

ORDER
Page - 1