1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

MARYLIN J. TAYLOR,

                Plaintiff,

      v.

BROWN AND HALEY,

                Defendant.

**Case No.** C07-5359 JKA

**ORDER SCHEDULING
CONFERENCE
PURSUANT TO FRCP 16**

      Upon review of Motion to Amend Parties in Instant Case (Dkt#17) and Motion for Service of Subpoenas by U.S. Marshall (Dkt #19), **the court by this order directs the parties and/or counsel to be present for a conference as provided for under FRCP 16.** The purpose of the conference will be to clarify the purpose and intent of plaintiff's motion (Dkt#17), to address plaintiff's request for service of subpoenas (Dkt#19), and to engage in early neutral evaluation .

      The Rule 16 conference is scheduled for:

           **March 11,2008 at 9:30 p.m.**

           **Chambers of U.S. Magistrate Judge J. Kelley Arnold**

           **United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402**

                        February 14, 2008.

                        */s/ J. Kelley Arnold*
                        J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1