**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

MARYLIN J. TAYLOR,

                Plaintiff,

    v.

BROWN AND HALEY,

                Defendant.

**Case No.** C07-5359 JKA

ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL (Dkt#26).

    This matter comes before the court on Plaintiff's Motion to Compel Defendant to Respond to First Interrogatories and Requests for Production filed March 31, 2008 (Dkt#26). Simultaneously, on the same date, Defendant filed a declaration that the requested responses were being filed (Dkt#25). Accordingly the **plaintiff's motion to compel (Dkt.#26) is moot and should be stricken without prejudice**. This is also without prejudice to the court's consideration of plaintiff's Motion for Default Sanction (Dkt#31) which is noted for April 25, 2008.

    Dated this 16th day of April 2008.

                    */s/ J. Kelley Arnold*
                    J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1