# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARYLIN J. TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>BROWN AND HALEY,<br><br>        Defendant. | **Case No.** C07-5359 JKA<br><br>ORDER:<br>(1) RENOTING PLAINTIFF'S MOTIONS;<br>(2) GRANTING DEFENDANT'S MOTION TO CONTINUE;<br>(3) REQUESTING SUPPLEMENT OF RECORD |

    This matter comes before the court on plaintiff's motions For Default Sanction (Dkt#31) and Motion to Amend Complaint pursuant to F.R.C.P. 15 (Dkt#32) as well as defendant's motion to continue the noting date of plaintiff's motions from April 25, 2008 to May 9, 2008 (Dkt#37).

    Addressing, first, defendant's motion to continue plaintiff's motions to May 9, 2008, the court finds that defendant has made a reasonable showing to support the request, and that plaintiff would not be unduly prejudiced by the two-week delay.

    It is hereby ordered as follows:

    1. Defendant's motion to continue the noting date on plaintiff's above referenced motions to May 9, 2008 is hereby granted; and

    2. Plaintiff shall furnish the court with a copy of the complete set of plaintiff's discovery requests and responses thereto no later than May 2, 2008, in order that the court may determine the extent to which the parties are in compliance with F.R.C.P. 26.

    Dated this 24th day of April 2008.

    */s/ J. Kelley Arnold*

    J. Kelley Arnold, U.S. Magistrate Judge

Order - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Order - 2