# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MARYLIN J. TAYLOR,

        Plaintiff,

v.

BROWN AND HALEY,

        Defendant.

**Case No.** C07-5359JKA

ORDER DENYING PLAINTIFF'S MOTION REGARDING FRCP39.1(c)(2) SETTLEMENT CONFERENCE

    This matter comes before the court on plaintiff's Motion Regarding FRCP39.1(c)(1) Settlement Conference.  The court has considered plaintiff's motion and defendant's responding pleadings, as well as the files and records herein.  Plaintiff complains about her dissatisfaction with proposed settlement discussions.  The scheduling order does not contemplate a settlement conference until after the dispositive motions cut off date.  That date was July 1, 2008.  Defendant filed on that date a motion to dismiss and a motion for summary judgment. The motions are pending.

    It is not appropriate to discuss with the trial court the substance of settlement discussions.

<u>Plaintiff's motion Regarding FRCP39.1(c)(2) Settlement Conference is denied</u>.

Dated this 7th day of July 2008.

        */s/ J. Kelley Arnold*
        J. Kelley Arnold
        U.S. Magistrate Judge

Order - 1