# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MARILYN J. TAYLOR, Pro Se,,

    Plaintiff,

v.

BROWN AND HALEY,

    Defendant.

**Case No.** C07-5359 JKA

ORDER (1)GRANTING PLAINTIFF'S MOTION TO DISMISS Dkt #75 and (2)STRIKING PENDING MOTIONS Dkts. #63, #64, #71 and #72

    This matter comes before the court on plaintiff's Motion to Dismiss Plaintiff's Complaint Without Prejudice (Dkt#75). Defendant has filed a Response (Dkt#73) concurring with Plaintiff's Motion to dismiss her Complaint.

    Accordingly, Plaintiff's motion to dismiss her complaint without prejudice is granted pursuant to FRCP 41(1)(a)(ii).

    Pending motions docketed as #63, #64, #71 and #72 are stricken as moot.

Dated this 22nd day of July 2008.

                      */s/ J. Kelley Arnold*
                      J. Kelley Arnold
                      U.S. Magistrate Judge

Order - 1