# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARYLIN J TAYLOR             JUDGMENT IN A CIVIL CASE

v.

BROWN & HALEY             CASE NUMBER: C07-5359JKA

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's motion to dismiss her complaint without prejudice is granted pursuant to FRCP 41(1)(a)(ii).

2. Pending motions docketed as #63, #64, #71 and #72 are stricken as moot.

July 22, 2008            BRUCE RIFKIN
                                                  Clerk

                                                            s/ D. Forbes
                                                       By, Deputy Clerk