**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MARILYN J. TAYLOR.,

    Plaintiff,

vs.

BROWN & HALEY,

    Defendant.

Case No.  C07-5359JKA

**ORDER DENYING MOTION TO REOPEN CASE**

    This matter comes before the court pursuant to plaintiff's Motion to Reopen Case.  There is no indication that defendant has been served, however no response is necessary.  The matter was dismissed and judgment was entered in favor of the defendant July 22, 2008 (Dkts#76,77).

    Plaintiff's Motion is submitted without authority or support.

    Plaintiff's Motion is hereby denied.

    Dated this 28th day of June 2010.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1